## Case No. 5,041.

### FRANCIS v. SLACK.

[4 Cliff. 186; 16 Int. Rev. Rec. 134.][1]

Circuit Court, D. Massachusetts. May Term, 1872.

[1] [Reported by William Henry Clifford, Esq., and here reprinted by permission. 16 Int. Rev. Rec. 134, contains only a partial report.]

Moorfield Storey, C. W. Storey, and H. W. Paine, for plaintiff.

F. W. Hurd, Asst. U. S. Atty, for defendant.

CLIFFORD, Circuit Justice. The court direct that judgment be entered for the defendant, upon the ground that the claim of the plaintiff is barred by the act of congress on that behalf, as construed by the supreme court in the case of Nichols v. U. S. [7 Wall. (74 U. S.) 122]; and Collector v. Hubbard, 12 Wall. [79 U. S.] 14; Brown v. Sauerwein, 10 Wall. [77 U. S.] 218.